Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Rock F. Diulus
aka Rocco F. Diulus**
   Debtor(s)

Bankruptcy Case No.: 15–23287–CMB

Chapter: 13
Docket No.: 39 – 38
Concil. Conf.: May 3, 2018 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **April 2, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **April 17, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **May 3, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 16, 2018

                                                                                       Carlota M. Bohm
                                                                                    United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-23287-CMB
Rock F. Diulus                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: kthe              Page 1 of 2         Date Rcvd: Feb 16, 2018
                             Form ID: 410            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2018.
```
db              +Rock F. Diulus,   3853 Dalewood Street,   Pittsburgh, PA 15227-3509
14103773        +AT&T Federal Credit Union,   635 Grant Street,   Pittsburgh, PA 15219-4404
14103774         Barclay's Bank,   c/o Card Services,   P.O. Box 8801,   Wilmington, DE 19899-8801
14103776        ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court: Best Buy,   P.O. Box 183195,   Columbus, OH 43218-3195)
14103778         Capital One Bank,   P.O. Box 71083,   Charlotte, NC 28272-1083
14126784         Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
14103780         Chase Bank,   P.O. Box 94014,   Palatine, IL 60094-4014
14103781         Citibank,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
14142405         ECAST SETTLEMENT CORPORATION, ASSIGNEE,   OF CITIBANK, N.A.,   POB 29262,
                 NEW YORK, NY 10087-9262
14103791         Target,   c/o Target Card Services,   P.O. Box 660170,   Dallas, TX 75266-0170
14103792         Value City Furniture,   c/o Comenity Bank,   P.O. Box 182273,   Columbus, OH 43218-2273
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr               E-mail/PDF: rmscedi@recoverycorp.com Feb 17 2018 02:38:49
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
14103772         E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2018 02:38:48      Amazon,   c/o Synchrony Bank,
                 P.O. Box 960013,   Orlando, FL 32896-0013
14165369        +E-mail/Text: bncmail@w-legal.com Feb 17 2018 02:42:56      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14103783         E-mail/PDF: creditonebknotifications@resurgent.com Feb 17 2018 02:48:53      Credit One Bank,
                 P.O. Box 60500,   City of Industry, CA 91716-0500
14107785         E-mail/Text: mrdiscen@discover.com Feb 17 2018 02:42:19      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14103785         E-mail/Text: mrdiscen@discover.com Feb 17 2018 02:42:19      Discover Card,
                 c/o Discover Financial Services,   P.O. Box 6103,   Carol Stream, IL 60197-6103
14165075         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 17 2018 02:48:53
                 LVNV Funding, LLC its successors and assigns as,   assignee of LC Trust I,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14147182         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 17 2018 02:48:52
                 LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14741944         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 17 2018 02:49:52
                 LVNV Funding, LLC its successors and assigns as as,   PO Box 10587,
                 Greenville, SC  29603-0587
14103787        +E-mail/Text: bk@lendingclub.com Feb 17 2018 02:43:10      Lending Club,
                 71 Stevenson Street, Suite 300,   San Francisco, CA 94105-2985
14103788         E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2018 02:38:58      Lowe's,   c/o Synchrony Bank,
                 P.O. Box 530914,   Atlanta, GA 30353-0914
14134419         E-mail/Text: bkr@cardworks.com Feb 17 2018 02:42:17      MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
14103789         E-mail/Text: bkr@cardworks.com Feb 17 2018 02:42:17      Merrick Bank,   P.O. Box 660397,
                 Dallas, TX 75266-0397
14159921        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 17 2018 02:42:47      Midland Credit Management,Inc,
                 as agent for MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
14164362         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 17 2018 03:02:53
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14103790         E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2018 02:38:37      Paypal,   P.O. Box 960080,
                 Orlando, FL 32896-0080
14109220         E-mail/PDF: rmscedi@recoverycorp.com Feb 17 2018 02:38:59
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14132031        +E-mail/Text: bncmail@w-legal.com Feb 17 2018 02:42:56      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14103793        +E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2018 02:38:37      Walmart,   c/o Synchrony Bank,
                 P.O. Box 530927,   Atlanta, GA 30353-0927
                                                                                              TOTAL: 19
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr               BANK OF AMERICA, N.A.
14103775*        Barclay's Bank,   c/o Card Services,   P.O. Box 8801,   Wilmington, DE 19899-8801
14103786*       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court: Home Depot,   c/o Home Depot Credit Services,   P.O. Box 182676,
                 Columbus, OH 43218-2676)
14103777*       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court: Best Buy,   P.O. Box 183195,   Columbus, OH 43218-3195)
14103779*        Capital One Bank,   P.O. Box 71083,   Charlotte, NC 28272-1083
14103782*        Citibank,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
14103784*        Credit One Bank,   P.O. Box 60500,   City of Industry, CA 91716-0500
                                                                                     TOTALS: 1, * 6, ## 0
```

```
District/off: 0315-2          User: kthe                Page 2 of 2          Date Rcvd: Feb 16, 2018
                              Form ID: 410              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:

        Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        Kenneth Steidl    on behalf of Debtor Rock F. Diulus julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        TOTAL: 5