| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Rock F. Diulus** | Social Security number or ITIN | **xxx–xx–7460** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13** | **9/9/15** |
| Case number: | **15–23287–CMB** | Date case converted to chapter **7** | **4/4/18** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**          12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Rock F. Diulus | |
| 2. | **All other names used in the last 8 years** | aka Rocco F. Diulus | |
| 3. | **Address** | 3853 Dalewood Street<br>Pittsburgh, PA 15227 | |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email: julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101 | Contact phone 724–443–4757<br><br>Email: crawfordmcdonald@aol.com |

**For more information, see page 2 >**

| **6. Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> 5414 U.S. Steel Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Hours open: <br> Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. <br><br> Contact phone 412–644–2700 <br><br> Date: 5/16/18 |
|---|---|---|
| **7. Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 11, 2018 at 03:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **8.**    **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/10/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** <br> **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/13/18** <br><br> **Filing deadline: 3/7/16** |
| | **Deadlines for filing proof of claim:** <br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                          Case No. 15-23287-CMB
Rock F. Diulus                                                  Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2           User: mgut                 Page 1 of 2                  Date Rcvd: May 16, 2018
                               Form ID: 309B              Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db             +Rock F. Diulus,    3853 Dalewood Street,    Pittsburgh, PA 15227-3509
aty             Andrew F Gornall,    240 West 10th Street,    Erie, PA 16501
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14103773       +AT&T Federal Credit Union,    635 Grant Street,    Pittsburgh, PA 15219-4404
14103776      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Best Buy,    P.O. Box 183195,    Columbus, OH 43218-3195)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: julie.steidl@steidl-steinberg.com May 17 2018 01:52:32      Kenneth Steidl,
                 Steidl & Steinberg,    Suite 2830 Gulf Tower,    707 Grant Street,    Pittsburgh, PA 15219
tr             +EDI: BRCCRAWFORD.COM May 17 2018 05:43:00      Rosemary C. Crawford,    Crawford McDonald, LLC.,
                 P.O. Box 355,    Allison Park, PA 15101-0355
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2018 01:52:56      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov May 17 2018 01:53:17
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr              EDI: RECOVERYCORP.COM May 17 2018 05:43:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
14103772        EDI: RMSC.COM May 17 2018 05:43:00      Amazon,   c/o Synchrony Bank,    P.O. Box 960013,
                 Orlando, FL 32896-0013
14103774        EDI: TSYS2.COM May 17 2018 05:43:00      Barclay’s Bank,    c/o Card Services,   P.O. Box 8801,
                 Wilmington, DE 19899-8801
14165369       +E-mail/Text: bncmail@w-legal.com May 17 2018 01:53:30      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14103778        EDI: CAPITALONE.COM May 17 2018 05:43:00      Capital One Bank,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
14126784        EDI: CAPITALONE.COM May 17 2018 05:43:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
14103780        EDI: CHASE.COM May 17 2018 05:43:00      Chase Bank,    P.O. Box 94014,    Palatine, IL 60094-4014
14103781        EDI: CITICORP.COM May 17 2018 05:43:00      Citibank,    P.O. Box 6500,
                 Sioux Falls, SD 57117-6500
14103783        EDI: RCSFNBMARIN.COM May 17 2018 05:43:00      Credit One Bank,    P.O. Box 60500,
                 City of Industry, CA 91716-0500
14107785        EDI: DISCOVER.COM May 17 2018 05:43:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
14103785        EDI: DISCOVER.COM May 17 2018 05:43:00      Discover Card,    c/o Discover Financial Services,
                 P.O. Box 6103,    Carol Stream, IL 60197-6103
14142405        EDI: ECAST.COM May 17 2018 05:43:00      ECAST SETTLEMENT CORPORATION, ASSIGNEE,
                 OF CITIBANK, N.A.,    POB 29262,    NEW YORK, NY 10087-9262
14165075        EDI: RESURGENT.COM May 17 2018 05:43:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of LC Trust I,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14147182        EDI: RESURGENT.COM May 17 2018 05:43:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14741944        EDI: RESURGENT.COM May 17 2018 05:43:00      LVNV Funding, LLC its successors and assigns as as,
                 PO Box 10587,    Greenville, SC 29603-0587
14103787       +E-mail/Text: bk@lendingclub.com May 17 2018 01:53:41      Lending Club,
                 71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
14103788        EDI: RMSC.COM May 17 2018 05:43:00      Lowe’s,   c/o Synchrony Bank,    P.O. Box 530914,
                 Atlanta, GA 30353-0914
14134419        EDI: MERRICKBANK.COM May 17 2018 05:43:00      MERRICK BANK,   Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
14103789        EDI: MERRICKBANK.COM May 17 2018 05:43:00      Merrick Bank,    P.O. Box 660397,
                 Dallas, TX 75266-0397
14159921       +EDI: MID8.COM May 17 2018 05:43:00      Midland Credit Management,Inc,
                 as agent for MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
14164362        EDI: PRA.COM May 17 2018 05:43:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14103790        EDI: RMSC.COM May 17 2018 05:43:00      Paypal,   P.O. Box 960080,    Orlando, FL 32896-0080
14109220        EDI: RECOVERYCORP.COM May 17 2018 05:43:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14132031       +E-mail/Text: bncmail@w-legal.com May 17 2018 01:53:30      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14103791        EDI: WTRRNBANK.COM May 17 2018 05:43:00      Target,   c/o Target Card Services,
                 P.O. Box 660170,    Dallas, TX 75266-0170
14103792        EDI: WFNNB.COM May 17 2018 05:43:00      Value City Furniture,    c/o Comenity Bank,
                 P.O. Box 182273,    Columbus, OH 43218-2273
14103793       +EDI: RMSC.COM May 17 2018 05:43:00      Walmart,   c/o Synchrony Bank,    P.O. Box 530927,
                 Atlanta, GA 30353-0927
                                                                                               TOTAL: 31
```

```
District/off: 0315-2           User: mgut                  Page 2 of 2                  Date Rcvd: May 16, 2018
                               Form ID: 309B               Total Noticed: 36


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
14103775*       Barclay's Bank,    c/o Card Services,    P.O. Box 8801,    Wilmington, DE 19899-8801
14103777*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Best Buy,    P.O. Box 183195,    Columbus, OH 43218-3195)
14103786*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Home Depot,    c/o Home Depot Credit Services,    P.O. Box 182676,
                 Columbus, OH 43218-2676)
14103779*       Capital One Bank,    P.O. Box 71083,    Charlotte, NC 28272-1083
14103782*       Citibank,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
14103784*       Credit One Bank,    P.O. Box 60500,    City of Industry, CA 91716-0500
                                                                                          TOTALS: 1, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Kenneth  Steidl    on behalf of Debtor Rock F. Diulus julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com
                                                                                              TOTAL: 5
```