**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Rock F. Diulus** | Social Security number or ITIN **xxx–xx–7460** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **15–23287–CMB**

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Rock F. Diulus
   aka Rocco F. Diulus

   <u>8/17/18</u>                                                            **By the court:**   <u>Carlota M. Bohm</u>
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 15-23287-CMB
Rock F. Diulus                                                      Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: mgut              Page 1 of 2             Date Rcvd: Aug 17, 2018
                              Form ID: 318            Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
```
db              +Rock F. Diulus,    3853 Dalewood Street,    Pittsburgh, PA 15227-3509
14103773        +AT&T Federal Credit Union,    635 Grant Street,    Pittsburgh, PA 15219-4404
14103776       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Best Buy,    P.O. Box 183195,    Columbus, OH 43218-3195)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: BRCCRAWFORD.COM Aug 18 2018 05:33:00       Rosemary C. Crawford,    Crawford McDonald, LLC.,
                 P.O. Box 355,    Allison Park, PA 15101-0355
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2018 01:43:18        Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr               EDI: RECOVERYCORP.COM Aug 18 2018 05:33:00       Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
14103772         EDI: RMSC.COM Aug 18 2018 05:33:00       Amazon,   c/o Synchrony Bank,    P.O. Box 960013,
                 Orlando, FL 32896-0013
14103774         EDI: TSYS2.COM Aug 18 2018 05:33:00       Barclay's Bank,    c/o Card Services,    P.O. Box 8801,
                 Wilmington, DE 19899-8801
14165369        +E-mail/Text: bncmail@w-legal.com Aug 18 2018 01:43:33        CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
14103778         EDI: CAPITALONE.COM Aug 18 2018 05:33:00       Capital One Bank,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
14126784         EDI: CAPITALONE.COM Aug 18 2018 05:33:00       Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
14103780         EDI: CHASE.COM Aug 18 2018 05:33:00       Chase Bank,   P.O. Box 94014,    Palatine, IL 60094-4014
14103781         EDI: CITICORP.COM Aug 18 2018 05:33:00       Citibank,   P.O. Box 6500,
                 Sioux Falls, SD 57117-6500
14103783         EDI: RCSFNBMARIN.COM Aug 18 2018 05:33:00       Credit One Bank,    P.O. Box 60500,
                 City of Industry, CA 91716-0500
14107785         EDI: DISCOVER.COM Aug 18 2018 05:33:00       Discover Bank,   Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
14103785         EDI: DISCOVER.COM Aug 18 2018 05:33:00       Discover Card,   c/o Discover Financial Services,
                 P.O. Box 6103,    Carol Stream, IL 60197-6103
14142405         EDI: ECAST.COM Aug 18 2018 05:33:00       ECAST SETTLEMENT CORPORATION, ASSIGNEE,
                 OF CITIBANK, N.A.,    POB 29262,    NEW YORK, NY 10087-9262
14165075         EDI: RESURGENT.COM Aug 18 2018 05:33:00       LVNV Funding, LLC its successors and assigns as,
                 assignee of LC Trust I,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14147182         EDI: RESURGENT.COM Aug 18 2018 05:33:00       LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14741944         EDI: RESURGENT.COM Aug 18 2018 05:33:00       LVNV Funding, LLC its successors and assigns as as,
                 PO Box 10587,    Greenville, SC 29603-0587
14103787        +E-mail/Text: bk@lendingclub.com Aug 18 2018 01:43:43        Lending Club,
                 71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
14103788         EDI: RMSC.COM Aug 18 2018 05:33:00       Lowe's,   c/o Synchrony Bank,    P.O. Box 530914,
                 Atlanta, GA 30353-0914
14134419         EDI: MERRICKBANK.COM Aug 18 2018 05:33:00       MERRICK BANK,   Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
14103789         EDI: MERRICKBANK.COM Aug 18 2018 05:33:00       Merrick Bank,    P.O. Box 660397,
                 Dallas, TX 75266-0397
14159921        +EDI: MID8.COM Aug 18 2018 05:33:00       Midland Credit Management,Inc,
                 as agent for MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
14164362         EDI: PRA.COM Aug 18 2018 05:33:00       Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14103790         EDI: RMSC.COM Aug 18 2018 05:33:00       Paypal,   P.O. Box 960080,    Orlando, FL 32896-0080
14109220         EDI: RECOVERYCORP.COM Aug 18 2018 05:33:00       Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14132031        +E-mail/Text: bncmail@w-legal.com Aug 18 2018 01:43:33        TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
14103791         EDI: WTRRNBANK.COM Aug 18 2018 05:33:00       Target,   c/o Target Card Services,
                 P.O. Box 660170,    Dallas, TX 75266-0170
14103792         EDI: WFNNB.COM Aug 18 2018 05:33:00       Value City Furniture,    c/o Comenity Bank,
                 P.O. Box 182273,    Columbus, OH 43218-2273
14103793        +EDI: RMSC.COM Aug 18 2018 05:33:00       Walmart,   c/o Synchrony Bank,    P.O. Box 530927,
                 Atlanta, GA 30353-0927
                                                                                               TOTAL: 29

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA, N.A.
```

```
District/off: 0315-2           User: mgut                   Page 2 of 2                  Date Rcvd: Aug 17, 2018
                               Form ID: 318                 Total Noticed: 32

14103775*          Barclay's Bank,   c/o Card Services,   P.O. Box 8801,   Wilmington, DE 19899-8801
14103777*         ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                   (address filed with court: Best Buy,   P.O. Box 183195,   Columbus, OH 43218-3195)
14103786*         ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                   (address filed with court: Home Depot,   c/o Home Depot Credit Services,   P.O. Box 182676,
                     Columbus, OH 43218-2676)
14103779*          Capital One Bank,   P.O. Box 71083,   Charlotte, NC 28272-1083
14103782*          Citibank,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
14103784*          Credit One Bank,   P.O. Box 60500,   City of Industry, CA 91716-0500
                                                                                          TOTALS: 1, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Kenneth   Steidl    on behalf of Debtor Rock F. Diulus julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
                                                                                            TOTAL: 5
```