**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ROCK F. DIULUS

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:15-23287 CMB

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/09/2015 and confirmed on 11/16/2015. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 11,732.34 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 11,732.34 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,392.87 | |
|    Trustee Fee | 490.77 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,883.64 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   AT AND T FEDERAL CREDIT UNION | 18,659.56 | 7,728.96 | 1,114.74 | 8,843.70 |
|     Acct: 5552 | | | | |
| | | | | 8,843.70 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROCK F. DIULUS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROCK F. DIULUS | 5.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 2,392.87 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 5.00 | 5.00 | 0.00 | 5.00 |
|     Acct: XXXXXXXXXXXX3287 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
|   MIDLAND FUNDING LLC | 1,032.78 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 3161 | | | | |
| | CERASTES LLC | 4,544.17 | 0.00 | 0.00 | 0.00 |
| | Acct: 0243 | | | | |
| | CERASTES LLC | 723.70 | 0.00 | 0.00 | 0.00 |
| | Acct: 3570 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 618.75 | 0.00 | 0.00 | 0.00 |
| | Acct: 5017 | | | | |
| | BEST BUY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3401 | | | | |
| | CAPITAL ONE BANK NA** | 1,540.97 | 0.00 | 0.00 | 0.00 |
| | Acct: 9491 | | | | |
| | CAPITAL ONE BANK NA** | 606.63 | 0.00 | 0.00 | 0.00 |
| | Acct: 1852 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8965 | | | | |
| | ECAST SETTLEMENT CORP | 3,868.11 | 0.00 | 0.00 | 0.00 |
| | Acct: 1192 | | | | |
| | ECAST SETTLEMENT CORP | 1,609.19 | 0.00 | 0.00 | 0.00 |
| | Acct: 4432 | | | | |
| | LVNV FUNDING LLC | 1,578.47 | 0.00 | 0.00 | 0.00 |
| | Acct: 7888 | | | | |
| | LVNV FUNDING LLC | 647.99 | 0.00 | 0.00 | 0.00 |
| | Acct: 4140 | | | | |
| | DISCOVER BANK(*) | 6,067.13 | 0.00 | 0.00 | 0.00 |
| | Acct: 1052 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 581.21 | 0.00 | 0.00 | 0.00 |
| | Acct: 2713 | | | | |
| | LENDING CLUB CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | MIDLAND FUNDING LLC | 792.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 5720 | | | | |
| | MERRICK BANK | 1,355.04 | 0.00 | 0.00 | 0.00 |
| | Acct: 7901 | | | | |
| | PAYPAL BUYER CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | TD BANK USA NA** | 2,238.32 | 0.00 | 0.00 | 0.00 |
| | Acct: 9490 | | | | |
| | MIDLAND FUNDING LLC | 2,172.99 | 0.00 | 0.00 | 0.00 |
| | Acct: 8079 | | | | |
| | MIDLAND FUNDING LLC | 3,842.44 | 0.00 | 0.00 | 0.00 |
| | Acct: 8973 | | | | |
| | MIDLAND FUNDING LLC | 2,491.94 | 0.00 | 0.00 | 0.00 |
| | Acct: 6295 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 12,179.98 | 0.00 | 0.00 | 0.00 |
| | Acct: 6292 | | | | |
| | ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                           8,848.70

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 5.00 |
| SECURED | 18,659.56 |
| UNSECURED | 48.492.08 |

Date: 09/20/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com